### STEELE v. ERIE R. CO.
### No. 62.

Circuit Court of Appeals, Second Circuit.
Nov. 16, 1931.

Moot, Sprague, Brownell, Marcy & Carr, of Buffalo, N. Y. (Welles V. Moot and Edward B. Horning, both of Buffalo, N. Y., of counsel), for appellant.

Ward, Flynn, Spring & Tillou, of Buffalo, N. Y. (Dana L. Spring, of Buffalo, N. Y., of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed (54 F.(2d) 688) with costs.